IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EAGLE DEVELOPERS, LLC                                                                                PLAINTIFF

VS.                                          CASE NO. 16-cv-01046

AUTO-OWNERS INSURANCE COMPANY                                              DEFENDANT

## ORDER

Before the Court is the parties' Motion to Dismiss with Prejudice. (ECF No. 8). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

IT IS SO ORDERED, this 14th day of September, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge